JOSEPHINE BIANCHINO, ANGELO BIANCHINO, GUISEPPINA INDOMENICO, DANIEL INDOMENICO AND SEBASTIAN INDOMENICO v. JOE'S SUPERMARKET; JOE'S SUPERMARKET, A PARTNERSHIP; JOE'S SUPERMARKET, A CORPORATION; AND PORK PACKERS, INC., A CORPORATION.

March 29, 1985.

Petition for certification denied.

MICHAEL A. QUERQUES AND RONALD BUONOCORE v. CITY OF JERSEY CITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY.

March 29, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 566)

WILLIAM SEVERIO AND JUDITH SEVERIO, HIS WIFE v. ACME MARKETS, INC.

March 29, 1985.

Petition for certification denied.

BRUNO MANDOLINI v. J & M CARRIERS CORPORATION (T & T TRUCKING).

March 29, 1985.

Petition for certification denied.